# Court of Appeals
# of the State of Georgia

ATLANTA,___March 19, 2015___

*The Court of Appeals hereby passes the following order:*

## A15I0144.  MICHAEL JAMES GOODE v. THE STATE.

Michael James Goode has filed a motion to withdraw his application for interlocutory appeal in this matter.  The motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___03/19/2015___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

___Stephen E. Castlen___ , *Clerk.*